IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOHN DAY, as Personal Representative of the Wrongful Death Estate of TOMMIE JAMES REED, III, deceased,<br><br>v.<br><br>WEATHERFORD U.S. L.P. and PRO-TEK FIELD SERVICES, LLC | Civ. No. 1:24-cv-677-MIS-SCY |

## ORDER

Before the Court is Plaintiff John Day, as Personal Representative of the Wrongful Death Estate of Tommie James Reed, III, Deceased and Defendants Weatherford U.S. L.P. and Pro-Tek Field Services, LLC's Agreed Motion for Leave to Amended Case Management Deadlines (the "Motion"). Upon review, the Court is of the opinion that the Motion demonstrates good cause is, therefore, **GRANTED**. The new deadlines are as follows:

**Plaintiff's Rule 26(a)(2) expert disclosures: October 10, 2025**

**Defendants' Rule 26(a)(2) expert disclosures: November 10, 2025**

**Termination date for discovery: December 5, 2025**

**Motions relating to discovery to be filed by: December 10, 2025**

**Pretrial motions other than discovery motions filed by: December 19, 2025**

_____
**MAGISTRATE JUDGE**